

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2014

No. 04-14-00556-CV

**IN THE INTEREST OF C.L.W., S.S.W., AND L.M.W., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-15199
Honorable Richard Price, Judge Presiding

## O R D E R

Appellant's brief was originally due October 13, 2014; however, the court granted appellant an extension of time to file the brief until November 12.  The brief was not filed. Instead, appellant filed a motion requesting an additional thirty days to file the brief.

We grant the motion. We **order** appellant to file the brief by **December 12, 2014** (60 days after the originally due date). Appellant is advised that **no further extensions of time will be granted** absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court